| | |
|---|---|
| 1 | MAUREEN E. McCLAIN, Bar No. 062050 |
| | BETHANY A. VASQUEZ, Bar No. 209423 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 5 | Email: mmcclain@littler.com / bvasquez@littler.com |

**FILED**

APR 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6  Attorneys for Defendants
   BENEFIT COSMETICS LLC and FRANCOIS
7  DARRICAU

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

| | | |
|---|---|---|
| 11 | VITTORIA BARRA, | Case No. CV-09-01052 SBA |
| 12 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS BENEFIT COSMETICS LLC AND FRANCOIS DARRICAU; [PROPOSED] ORDER** |
| 13 | v. | |
| 14 | LVMH-MOET HENNESY LOUIS VUITTON, S.A., BENEFIT COSMETICS LLC, FRANCOIS DARRICAU, an individual, | COMPLAINT FILED: March 10, 2009 |
| 15 | | TRIAL DATE: No date set. |
| 16 | | |
| 17 | Defendants. | |

18  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19          Please take notice that Defendants BENEFIT COSMETICS LLC and FRANCOIS

20  DARRICAU substitute Littler Mendelson, P.C. by Maureen E. McClain and Bethany Vasquez as

21  attorneys of record in this matter.

22                         **WITHDRAWING ATTORNEY(S)**

23  LAURA R. PETROFF
    JENNIFER RAPPOPORT
24  BENJAMIN IKUTA
    WINSTON & STRAWN LLP
25  333 S. Grand Avenue, 38th Floor
    Los Angeles, CA 90071
26  Telephone: 213.615.1700
    Facsimile: 213.615-1750
27  Email: lpetroff@winston.com / jrappoport@winston.com / bikuta@winston.com

28

NOTICE OF SUBSTITUTION OF COUNSEL                                    Case No. CV-09-01052 SBA

## SUPERSEDING ATTORNEY(S)

MAUREEN E. McCLAIN, Bar No. 062050
BETHANY A. VASQUEZ, Bar No. 209423
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
Email:  mmcclain@littler.com / bvasquez@littler.com

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: April 17, 2009

BENEFIT COSMETICS LLC

By: _____
Corey Yribarren

Dated: April 17, 2009

FRANCOIS DARRICAU

By: _____
Francois Darricau

Dated: April 17, 2009

_____
MAUREEN E. McCLAIN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BENEFIT COSMETICS LLC AND
FRANCOIS DARRICAU

Dated: April 16, 2009

_____
BENJAMIN IKUTA
WINSTON & STRAWN LLP
Attorneys for Defendants
BENEFIT COSMETICS LLC AND
FRANCOIS DARRICAU

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL    2.    Case No. CV-09-01052 SBA

## ORDER

**IT IS SO ORDERED.**

Dated: 4-20-09

HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT
JUDGE

Firmwide:89485218.1 061629.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL    3.    Case No. CV-09-01052 SBA