# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VITTORIA BARRA
          Plaintiff(s),

      v.

LVMH-MOËT HENNESY LOUIS
VUITTON, S.A., BENEFIT
COSMETICS LLC, FRANCOIS
DARRICAU, an individual
          Defendant(s).

CASE NO. CV-09-01052 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)*   Mediation.

Hon. Edward A. Infante (Ret.), JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline  June 8, 2009

Dated: 5/19/09

Dated: 5/19/09

Attorney for Plaintiff
Joshua D. Boxer

Attorney for Defendants
Maureen E. McClain
Benefit Cosmetics LLC and
Francois Darricau

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐    Non-binding Arbitration
☐    Early Neutral Evaluation (ENE)
☐    Mediation
☒    Private ADR

Deadline for ADR session
☒    90 days from the date of this order.
☐    other _____

IT IS SO ORDERED.

Dated: 6/1/09 _____

                                _____
                                UNITED STATES DISTRICT JUDGE
                                HON. SAUNDRA B. ARMSTRONG

Firmwide:90028226.1 061629.1003

American LegalNet, Inc.
www.USCourtForms.com